# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FRANK JAMES CAPOZZI, SR.,        :    No. 86 MM 2019

               Petitioner             :

               v.                     :

KRISANDRA L. CAPOZZI,           :

               Respondent        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2019, the "Petition for Allowance to Appeal *Nunc Pro Tunc*" is DENIED.